**Motion Granted; Reversed and Remanded and Memorandum Opinion filed March 19, 2013.**

In The

# Fourteenth Court of Appeals

### NO. 14-12-00945-CV

**SONJIA JONES, Appellant**

**V.**

**DISCOVER BANK, Appellee**

**On Appeal from County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1012301**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed July 10, 2012. On February 28, 2013, the parties filed a joint motion to set aside the trial court's judgment. *See* TEX. R. APP. P. 42.1(a)(2(B). The motion is granted.

Accordingly, the judgment is reversed and the cause remanded to the trial court for rendition of judgment in accordance with the parties' agreement.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Boyce and Donovan.